ORIGINAL
P+F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KINGVISION PAY-PER-VIEW LTD.
as Broadcast Licensee of the May 14, 2005
WRIGHT/TRINIDAD Program,

                Plaintiff,

-against-

JULIO VILLALOBOS, Individually and as
officer, director, shareholder and/or principal
of Taqueria La Mixteca Rest. Inc. d/b/a
Taqueria La Mixteca Restaurant, and
TAQUERIA LA MIXTECA REST. INC. d/b/a
Taqueria La Mixteca Restaurant,

                Defendants.
-----------------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 06-CV-2510 (FB) (MDG)

*Appearances:*
*For the Plaintiff:*
JULIE COHEN LONSTEIN, ESQ.
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, NY 12428

**BLOCK, Senior District Judge:**

        On March 11, 2008, Magistrate Judge Go issued a Report and Recommendation ("R&R") recommending plaintiff awarded judgment of $12,555.25 against defendants, jointly and severally, consisting of $1,099 in statutory damages, $10,000 in enhanced damages, $806.25 in attorneys' fees and $650 in costs. A copy of the R&R, which warned that failure to file objections on or before March 28, 2008 "may waive the right to appeal the District court's Order," R&R at 19, was sent by overnight delivery to defendants. *See id.* No objections to the R&R have been filed.

If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

**SO ORDERED.**

/signed/

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
May 7, 2008